**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LUIGI PUNTALORO,

                Plaintiff,

   - against -                                         **JUDGMENT**
                                                          CV 23-1417 (GRB) (ARL)
IAVARONE ENTERPRISES, INC., d/b/a
IAVARONE BROS., JONATHAN IAVARONE
and JOSEPH IAVARONE, as individuals,

                Defendants.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by plaintiff on October 27, 2023, accepting defendants' October 20, 2023 offer to allow entry of judgment against them in the amount of $10,000.00 inclusive of costs and reasonable attorney's fees incurred as of October 20, 2023, in complete satisfaction of all claims against all defendants alleged in plaintiff's complaint; and an Order of the Honorable Gary R. Brown, United States District Judge, having been filed on November 9. 2023, respectfully directing the Clerk of the Court, to enter judgment, based on the notice of acceptance, in favor of plaintiff against all defendants and close the case, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Luigi Puntaloro against defendants Iavarone Enterprises, Inc., Jonathan Iavarone, and Joseph Iavarone, jointly and severally, in the amount of $10,000.00, inclusive of costs and reasonable attorney's fees incurred as of October 20, 2023, in complete satisfaction of all claims against all defendants alleged in plaintiff's complaint; and that this case is closed.

Dated: November 13, 2023
      Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT

                          By:    /s/ James J. Toritto
                                    Deputy Clerk